149 A.3d 548

ADAMS, Kevin

v.

**DEPT. OF PAROLE AND PROBATION**

**Pet. Docket No. 365, September Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Dismissed by the Court of Special Appeals (No. 2802, Sept. Term, 2015).

Petition for writ of certiorari denied.

∎

149 A.3d 548

**ANNE ARUNDEL CO.**

v.

**MCKENZIE**

**Pet. Docket No. 358, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 294, Sept. Term, 2014).

Petition for writ of certiorari denied.